# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01737-DME-CBS

CLARENCE WOMACK,

        Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC., a Delaware corporation,

        Defendant.

---

## RETURN OF SERVICE
_____

I, John D. Larson, do hereby affirm that I am over 18 years of age, I am not a party to this action, and on **August 15, 2008 at 12:51 p.m. MST**, I served a true copy of the **Summons, Complaint and Jury Demand** in this action upon Lori Gray, an employee of The Corporation Company, as registered agent for Pioneer Credit Recovery, Inc., at 1675 Broadway, Suite 1200, Denver, CO, 80202.

Fee for Service of Process: $70.00

I declare under penalty of perjury that the foregoing information contained in this Return of Service is true and correct to the best of my knowledge and belief.

                                                      _s/ John D. Larson_____
                                                      John D. Larson
                                                      405 S. Cascade Avenue Ste 305
                                                      Colorado Springs, CO 80903

Subscribed and sworn to before me this __16th__ day of August, 2008.


_s/ Derek Kruse_____
Notary Public                                                  My Commission Expires: __6/25/2011__